UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

**Honorable: Kimberly J. Mueller**  **RE:** Mark H Thompson
**Chief United States District Judge**  Docket Number:  0972 2:21CR00147-1
**Sacramento, California**  <u>Request to Remove a Special Condition</u>

Your Honor:

Mr. Thompson was sentenced in the District of Idaho on June 18, 2021 for a violation of 18 U.S.C. 922(a)(1)(A)- Dealing Firearms Without a License.  He was sentenced to three years probation.  Special conditions of supervision include warrantless search, drug testing and treatment, mental health treatment, advise all medical practitioners of prescription medication in use, and 8 months of home detention without electronic monitoring.

The Eastern District of California does not supervise home detention cases without the use of electronic monitoring.  As the defendant has scored as low risk to reoffend via a validated risk assessment, his lack of criminal history and his adequate performance under pretrial services supervision, it is respectfully recommended the condition for 8 months home detention be stricken.

Mr. Thompson has been in close contact with this officer, has abided by all directives and will participate in mental health counseling to address his Post Traumatic Stress Disorder.  It is believed 8 months of home detention is no longer appropriate.

   Respectfully submitted,                                 Reviewed by,

   *[signature]*                                           *[signature]*

   **Rebecca A. Fidelman**                                 **Michael K. McFarland**
   **Sr. United States Probation Officer**                 **Supervising United States Probation Officer**

  **Dated:**   August 9, 2021
              Sacramento, California

RE: **Mark H Thompson**
**Docket Number:   0972 2:21CR00147-1**
**Request to Remove a Special Condition**

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒   Approved         ☐   Disapproved

August 11, 2021
**Date**

_____
CHIEF UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:   To Be assigned
      Assistant United States Attorney

      To Be Assigned
      Defense Counsel

2

REV.  01/2021
CAE___MEMO__COURT (W ORDER)